UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DEREK WILKINSON**                                                      **CIVIL ACTION**

**VERSUS**                                                                       **NO. 07-3274**

**JOHN W. STONE OIL DISTRIBUTOR, LLC**            **SECTION "R" (3)**

ORDER DISMISSING MOTION #17 AS MOOT

Counsel have advised that the parties have resolved their dispute regarding deposition discovery. Accordingly,

**IT IS ORDERED** that Derek Wilkinson's Motion to Compel Depositions #17 is DISMISSED AS MOOT and the March 26, 2008 hearing is hereby CANCELLED.

New Orleans, Louisiana this 26th of March, 2008.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**